## IN THE UNITED STATES DISTRICT

## FOR THE DISTRICT OF NEW MEXICO

LESLEY I. BEGAY, as Personal
Representative for the Estate of
LOVELEA BEGAY, and IRENE BEGAY,
Individually,

      Plaintiffs,

vs.                                             No. 1:21-cv-00362-KWR-JHR

THE UNITED STATES OF AMERICA,
ROTIMI A. ILUYOMADE, M.D., and
AB STAFFING SOLUTIONS, LLC,

      Defendants.

### ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE CLAIMS AGAINST THE UNITED STATES OF AMERICA

**THIS MATTER HAVING** before the Court on the Plaintiffs' Motion to Dismiss with Prejudice Claims against the United States of America (**Doc. 49**), all claims of the Plaintiffs against the United States of America and the Court having reviewed this Motion **FINDS** it is **WELL-TAKEN** and **SHALL BE GRANTED.**

**IT IS HEREBY ORDERED** that the Plaintiffs' claims against the United States be **DISMISSED** from this matter **WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                                 **KEA W. RIGGS**
                                                 **UNITED STATES DISTRICT JUDGE**

-2-

**RESPECTFULLY SUBMITTED:**

BARBER & BORG, LLC

*/s/ Nathan S. Anderson*
Nathan S. Anderson
P.O. Box 67350
Albuquerque, NM 87193-7350
Telephone: (505) 884-0004
Facsimile: (505) 884-0777
nathan@barberborg.com
Attorneys for Plaintiff

**ALL PARTIES ENTITLED TO NOTICE:**

Nathan S. Anderson, Esq.
Forrest G. Buffington
Barber & Borg, LLC
P.O. Box 67350
Albuquerque, NM 87193-7350
505-884-0004
nathan@barberborg.com
forrest@barberborg.com
*Attorneys for Plaintiff*

Roberto D. Ortega
United States Attorney – Dist. Of NM
PO Box 607
Albuquerque, NM 87103
505-224-1519
Roberto.ortega@usdoj.gov
*Attorneys for Defendant*

Lewis Brisbois Bisgaard & Smith LLP
Jessica Marshall
8801 Horizon Blvd. NE, Suite 300
Albuquerque, New Mexico  87113
505-828-3600
Jessica.Marshall@lewisbrisbois.com